UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DALAWRENCE RAINES, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:14-CV-69 |
| | § | |
| C. MONROE, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Plaintiff filed this pro se prisoner civil rights complaint pursuant to 42 U.S.C § 1983. (D.E. 1). Pending is Plaintiff's motion to dismiss his lawsuit. (D.E. 16). The Court has considered Plaintiff's motion and finds that it should be **GRANTED**. Therefore, it is ordered that Plaintiff's case is **DISMISSED** without prejudice.

The Court's Initial Partial Filing Fee and Collection Order dated April 21, 2014, (D.E. 15) is **VACATED**. The TDCJ and any institution having custody of Plaintiff are directed to remove the collection order on Plaintiff's inmate trust account.

The Clerk of Court is directed to send a copy of this Order by certified or first class mail or by other electronic means to **TDCJ-Office of the General Counsel, P.O. Box 13084, Austin, Texas 78711**.

ORDERED this 22nd day of April, 2014.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE